UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
) Case No. <u>04-42541-rld13</u>
David W. Margeta )
Kari L. Margeta ) NOTICE OF DEBTOR'S AMENDMENT
) OF SCHEDULES D, E, F, G OR H
Debtor(s) )

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON
'05  JAN 19  AM 58

LODGED____RECD____
PAGE 26 DOCKETED____

I. **GENERAL INSTRUCTIONS TO DEBTOR(S):**
  a. Use this <u>ONLY</u> to amend schedules regarding <u>CREDITOR</u> information. Do <u>NOT</u> use for other amendments!
  b. Do <u>NOT</u> use this form to change information for a creditor who has already filed proof of claim. Only the creditor can do that!
  c. IF case is CLOSED you MUST FILE: (i) a separate Motion to Reopen, (ii) a Motion filing fee, <u>AND</u> (iii) the amendment fee.

II. **ATTACH THE FOLLOWING to <u>THIS</u> NOTICE:**
  a. The current FILING FEE for amending these schedules.
  b. Amendments to <u>ONLY</u> schedules D, E, F, G or H, with <u>EACH</u> labeled "SUPPLEMENTAL". LIST <u>ONLY</u> creditors actually AFFECTED!
  c. A SEPARATE mailing matrix filed pursuant to Local Form #104. INCLUDE <u>ONLY</u> the name and mailing address of each <u>NEW</u> creditor being ADDED! (NOTE: IF 10 <u>OR LESS</u> creditors, then a paper matrix is also acceptable.)
  **NOTES:** (1) EACH category of amendment MUST be segregated <u>AND</u> clearly <u>TITLED</u> [for example: "New Creditors," "Changing Status" (indicate from what to what, e.g., from secured to unsecured), "Delete Creditors,"]. (2) The debtor's name and case number MUST appear in the top of the FRONT of each paper SCHEDULE page, <u>AND</u> at the **TOP 1/2"** of the **BACK** of a paper MATRIX page. (3) Use Local Form #101 if ONLY CHANGING THE ADDRESS of a creditor who is ALREADY LISTED.

III. **SERVICE INSTRUCTIONS:**
  Serve each affected creditor with <u>BOTH</u>: (1) a copy of this notice, <u>AND</u> (2) copies of <u>EACH</u> of the following documents if already filed in this case and applicable to the chapter of the United States Bankruptcy Code under which this case is currently being administered:
  a. **(Applies to ALL chapters)** A Notice of the Meeting of Creditors THAT INCLUDES ALL NINE (9) DIGITS of any Soc. Sec. Number; <u>AND</u> each applicable amended schedule.
  b. **(Applies to ALL chapters where <u>BOTH</u>: (1) NEW creditors are being ADDED, <u>AND</u> (2) the time for filing a timely proof of claim or complaint under 11 USC §523(c) or 727 has expired)** A separate notification that adding the creditor may not result in discharge of the debt.
  c. **(Applies to ALL chapters where creditors are being DELETED)** A notice to each DELETED creditor that: (1) the creditor is being deleted and, if the creditor wishes to receive further notices, that (s)he must write the court making that specific request, <u>INCLUDING</u> the debtor's name, full case number, AND the creditor's own name and mailing address; <u>AND</u> (2) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
  d. **(Applies to ALL chapters)** A notice to each creditor whose name or address is being modified that <u>BOTH</u>: (1) sets out all changes <u>AND</u> (2) tells the creditor that (s)he may write the court and further change his/her name or address by INCLUDING the debtor's case name AND case number, <u>AND</u> BOTH the newly amended name and address <u>AND</u> the correct information.
  e. **(Applies only to Chapter 7)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
  f. **(Applies only to Chapter 9 or 11)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
  g. **(Applies only to Chapter 9 or 11, and where <u>EITHER</u>: (i) a creditor is being DELETED; (ii) a creditor's claim STATUS is being changed [e.g., nondisputed to disputed]; <u>OR</u> (iii) the AMOUNT of creditors' claim is being REDUCED)** A notice to each affected creditor that (s)he has the greater of either (1) 30 days from the service date of this notice, or (2) the latest time fixed by the court, for filing proofs of claim.
  h. **(Applies only to Chapter 9, 11 or 12)** The Notice of any pending hearing on a proposed disclosure statement, with attachments.
  i. **(Applies only to Chapter 9, 11, 12, or 13)** <u>BOTH</u> (1) the Notice of any pending confirmation hearing, and either all related documents required to be sent with that Notice or, in Chapter 13, any proposed plan; <u>AND</u>, if any, (2) the most recent confirmation order, confirmed plan, and approved disclosure statement.
  j. **(Applies only to Chapter 11, 12 or 13)** Any Notice of Modification of Plan, including all attachments, where the time for objections has not expired.

IV. **CERTIFICATE OF COMPLIANCE:**
  The undersigned, who is the debtor or debtor's attorney, declares under penalty of perjury that: (a) all applicable requirements above have been completed; and (b) the attachments are true and correct [or were individually verified by the debtor(s)], with copies served on any trustee and, except in Chapter 13 cases, the U.S. Trustee.

Dated: <u>January 17, 2005</u>

_M. Caroline Cantrell_        _9103/_
Signature     Soc. Sec./Tax I.D. # (if debtor)    OSB# (if attorney)
M. Caroline Cantrell, (503) 236-9211
Type or Print Signer's Name **AND** Phone No.
525 NE Oregon, Suite 320 Portland OR 97232
Debtor's Address

728 (5/1/04)

Form B6E - Cont.
(04/04)

In re    **David W. Margeta,**
         **Kari L. Margeta**                                    Case No.  __04-42541-rld13__

                                                              ,
                              Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2003 tax | | | | | |
| **Multnomah County ITAX** **P.O. Box 279** **Portland, OR 97207-0279** | | J | | | | | 487.00 | 375.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 487.00 |
| Total (Report on Summary of Schedules) | 487.00 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Multnomah County ITAX
P.O. Box 279
Portland, OR 97207-0279