U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

# F I L E D

**December 29, 2009**

**Clerk, U.S. Bankruptcy Court**

## Below is an order of the Court.

*Elizabeth L Perris*

**U.S. Bankruptcy Judge**

OD2 (4/1/09) tlh

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **David W. Margeta,** xxx–xx–7291
 **Kari L. Margeta,** xxx–xx–0843
Debtor(s)

)
)
)
) Case No. **04–42541–elp13**
)
) ORDER OF DISMISSAL
) AND ADMINISTRATIVELY
) CLOSING CASE
)

The Court finding that:

   **After due notice to the debtor(s), the trustee's motion to dismiss is granted.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE AND SHOULD HEREAFTER PAY ALL NET WAGES EARNED BY THE DEBTOR DIRECTLY TO THE DEBTOR.**

###

# CERTIFICATE OF NOTICE

```
District/off: 0979-3        User: tracy         Page 1 of 2          Date Rcvd: Dec 29, 2009
Case: 04-42541             Form ID: OD2         Total Noticed: 44
```

The following entities were noticed by first class mail on Dec 31, 2009.
```
db/jdb       David W. Margeta,   Kari L. Margeta,   15005 SW Pleasant View Dr #0161,   Gresham, OR  97080
smg          +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
             Salem, OR 97309-5013
smg          +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg          +US Attorney General,   Department of Justice,   10th & Constitution NW,
             Washington, DC 20530-0001
             +Interdent Svce,   ATTN PAYROLL,   222 N Sepulveda Blvd #740,   El Segundo, CA 90245-5615
5640409      +Auto Acceptance,   POB 30237,   Portland OR 97294-3237
5460107      +Auto Acceptance,   11699 NE Glisan,   P.O. Box 30237,   Portland, OR 97294-3237
5460108      +Auto Acceptance,   c/o Owen D. Blank, Auth. Rep.,   888 SW Fifth, Ste. 1600,
             Portland, OR 97204-2012
5460110      +Cashco Financial Svcs., Inc.,   c/o Jeffery I. Hasson, R.A.,   12707 NE Halsey,
             Portland, OR 97230-2343
5460109      +Cashco Financial Svcs., Inc.,   1865 NE Division Street,   Gresham, OR 97030-5801
5460111      +Check 'n Go of Oregon,   4784 N. Lombard,   Portland, OR 97203-4565
5460112      +Continental Loans, Inc.,   c/o CT Corporation System, RA,   388 State St., #420,
             Salem, OR 97301-3581
5540660      +Cottonwood Financial Ltd,   1300 SW Walnut Hill Ln #255,   Irving TX 75038-3076
5460113      +Diversified Collection Svcs.,   333 North Canyons Parkway,,   Suite 100,
             Livermore, CA 94551-9480
5460114      +Eagle Fern Veterinary Hospital,   585 NW Zobrist,   Estacada, OR 97023-8501
5460116       Fred Meyer/MCCBG,   P.O. Box 105980,   Dept. 06,   Atlanta, GA 30353-5980
5460118      +Household Automotive,   c/o Marilyn Podemski, Esq.,   2477 SW Arden Road,
             Portland, OR 97201-1601
5460119      +Household Automotive Finance,   Attn Asset Recovery,   PO Box 299009,   Lewisville, TX 75029-9009
5583030       Household Bank and assigns,   by eCast Settlement Corp,   POB 35480,   Newark NJ 07193-5480
5539562       Jefferson Capital Systems LLC,   POB 23051,   Columbus GA 31902-3051
5460123      +Loan Mart,   Monetary Management of Cal.,   1436 Lancaster Ave., Suite 210,
             Berwyn, PA 19312-1200
5460125     ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: NCO Financial Systems,   PO Box 8529,   Philadelphia, PA 19101)
5547571       Multnomah County ITAX,   P.O. Box 279,   Portland, OR 97207-0279
8503306      +Portfolio Recovery Associates,   P O Box  41067,   Norfolk Va 23541-1067
5548429      +Premier Bankcard,   Premier/CSI-Dept SDPR,   POB 2208,   Vacaville CA 95696-8208
5460127       Providian,   P.O. Box 9180,   Pleasanton, CA 94566
5460128       Risk Management Alternatives,   PO Box 3046,   Albuquerque, NM 87190
5460130      +Schumacher & Therriault PLLC,   Attorneys at Law,   3422 NE 41st Ave.,   Portland, OR 97212-1914
5460131      +TeleCheck Services, Inc.,   P.O. Box 17380,   Denver, CO 80217-0380
5460132      +The Cash Store - #408,   3624 NE Sandy Blvd.,   Portland, OR 97232-1963
```

The following entities were noticed by electronic transmission on Dec 29, 2009.
```
smg          +EDI: ORREV.COM Dec 29 2009 19:03:00      ODR Bkcy,   955 Center NE #353,   Salem, OR 97301-2553
cr           +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 30 2009 00:09:22
             Household Automotive Finance Corp,   Ramsey Law Firm PC,   Attn Household Finance Corp Dept,
             POB 201347,   Arlington, TX 76006-1347
5621885      +EDI: ECMC.COM Dec 29 2009 19:03:00    Educational Credit Mgmt Corp,   ECMC,   POB 8809,
             Richmond VA 23225-0509
5460115       EDI: AMINFOFP.COM Dec 29 2009 19:03:00    First Premier Bank,   900 West Delaware,   PO Box 5519,
             Sioux Falls, SD 57117-5519
5460117       EDI: HFC.COM Dec 29 2009 19:03:00    Household Auto Finance,   P.O. Box 60115,
             City Of Industry, CA 91716-0115
5512573      +EDI: HFC.COM Dec 29 2009 19:03:00    Household Automotive Finance Corp,   POB 17906,
             San Diego CA 92177-7906
5460120       EDI: HFC.COM Dec 29 2009 19:03:00    Household Credit Services,   PO Box 60102,
             City Of Industry, CA 91716-0102
5460121       EDI: IRS.COM Dec 29 2009 19:03:00    IRS,   1220 SW 3rd MS0240,   Portland, OR 97204
5460122       EDI: PHINPLAZA.COM Dec 29 2009 19:03:00    Law Offices of Mitchell N. Kay,   P.O. Box 9006,
             Smithtown, NY 11787-9006
5920980       E-mail/Text: bknotice@ncmllc.com                      NCM Trst,   8245 Tournament Dr #285,
             Memphis TN 38125
5460126      +EDI: ORREV.COM Dec 29 2009 19:03:00    ODR,   Bankruptcy Dept,   955 Center St. NE,
             Salem, OR 97301-2553
5460129      +EDI: PHINRJMA.COM Dec 29 2009 19:03:00    RJM Acquisitions LLC,   575 Underhill Blvd #224,
             Syosset, NY 11791-3416
5583879       EDI: RESURGENT.COM Dec 29 2009 19:03:00    Sherman Acquisition LP,   Resurgent Cap Svcs,
             POB 10587,   Greenville SC 29603-0587
5841050       EDI: ECAST.COM Dec 29 2009 19:03:00    eCast Settlement Corp,   POB 35480,
             Newark NJ 07193-5480
                                                                            TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Portfolio Recovery Associates LLC,   P O Box  41067,   Norfolk, VA 23541-1067
                                                                            TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0979-3          User: tracy          Page 2 of 2              Date Rcvd: Dec 29, 2009
Case: 04-42541               Form ID: OD2          Total Noticed: 44
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2009**                          **Signature:** _____